### 14548

GEIGER v. ASHLEY *ET AL.*

DUSENBERRY *ET AL.* v. ABBEVILLE-GREENWOOD MUTUAL INS. ASSN.

(193 S. E., 192)

74

*Mr. J. L. Sherard,* for Mrs. Jennie Ivester, appellant.

*Messrs. Francis R. Fant* and *J. Alex Neely, Jr.,* for respondent, cite:

*Messrs. Harry D. Reed* and *Calhoun A. Mays,* amici curiae.

October 14, 1937.

The opinion of the Court was delivered by MR. CHIEF JUSTICE STABLER.

Under the facts of this case, we think that the conclusion reached by Judge Greene is correct. His decree, therefore, which will be reported, is affirmed.

MESSRS. JUSTICES BONHAM, BAKER and FISHBURNE concur.

MR. JUSTICE CARTER did not participate on account of illness.